**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BRYCE FRANKLIN,

        Plaintiff,

vs.                                 Cause No.  1:21-CV-13

THE GEO GROUP,
LCCF PROPERTY OFFICER,
GCCF PROPERTY OFFICER,

        Defendants.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(b) and 1446, Defendant The GEO Group, Inc., by and through its attorneys of record, YLAW, P.C. (April D. White), gives Notice to this Court of the removal of the civil action filed in the Fifth Judicial District for the State of New Mexico, County of Lea, Cause No. D-506-CV-2020-01214, by Plaintiff Bryce Franklin, *pro se*.  As grounds for removal, Defendant states the following:

1.      On October 29, 2020, Plaintiff filed his Complaint with the Fifth Judicial District Court.  A copy of the Complaint is attached hereto as Exhibit A.

2.      Plaintiff served Defendant GEO with the summons and Complaint on December 8, 2020.  This Notice is timely filed within thirty (30) days of service of the lawsuit.

3.      Pursuant to 28 U.S.C. § 1446(d), copies of the Notice of Removal will be promptly given to all adverse parties and a copy of the Notice of Removal will be filed with the Clerk of the Fifth Judicial District Court, State of New Mexico, County of Lea.

4.      This Court has jurisdiction over the Complaint pursuant to 28 U.S.C. § 1331 because Plaintiff asserts federal claims.  In particular, Plaintiff alleges Defendant "retaliate[d] against him for filing grievances and lawsuits."  (Complaint at p. 1).  Plaintiff further alleges

1

Defendant's actions with respect to the loss, damage and confiscation of certain of his property constituted "due process violations."  (Complaint at ¶ 18).  There is no private cause of action for damages for violation of the New Mexico Constitution. *See* Exhibit B, Order of Hon. Michael Stone; *accord Hunnicutt v. Moore*, No. 2:18-CV-00667-JB-KRS, 2020 WL 871697, at *9 (D.N.M. Feb. 21, 2020), *report and recommendation adopted,* No. CV 18-0667 JB/KRS, 2020 WL 5640625 (D.N.M. Sept. 21, 2020).  Accordingly, the causes of action for these claimed constitutional deprivations must be for retaliation in violation of the First Amendment and for violation of the due process clause of the Fourteenth Amendment pursuant to 42 U.S.C. § 1983.

5.      Defendants "LCCF Property Officer" and "GCCF Property Officer" are identified in the Complaint as John Does and have not been properly served and therefore their consent to removal is not required.

6.      A Civil Cover Sheet is attached as Exhibit C.

Respectfully submitted,

YLAW, P.C.

*/s/ April D. White*
April D. White
*Attorneys for Defendant GEO*
4908 Alameda Blvd., NE
Albuquerque, NM  87113
(505) 266-3995
(505) 268-6694 (fax)
awhite@ylawfirm.com

I hereby certify that on this 6th day
of January, 2021, I filed the foregoing
electronically, and sent a copy via U.S. mail to:

Bryce Franklin #76394
Lea County Correctional Facility
6900 W. Millen Drive
Hobbs, NM 88244
Plaintiff *pro se*

**/s/ April D. White**
April D. White